**EXHIBIT 1**



A Registered Limited Liability Partnership

**Dennis C. Reich, Esq.**
Admitted to State Bars of California, Texas & New York
Board Certified Personal Injury Trial Law - Texas Board of Legal Specialization

**Robert J. Binstock, Esq.**
Board Certified Civil Trial Advocate - National Board of Trial Advocacy
Board Certified Personal Injury Trial Law - Texas Board of Legal Specialization

**Joshua H. Bauer, Esq.**

**J. Benjamin Black, Esq.**

Global Plasma Solutions, Inc.
3101 Yorkmont Rd Suite 400,
Charlotte, NC 28208

November 17, 2022

**Via: Certified Mail, receipt acknowledgement with signature requested and E-mail**

Re:   *Notice and Demand Letter Pursuant to U.C.C. §§ 2-313, 2-314, 2-607*

To Whom It May Concern:

    This letter serves as a preliminary notice and demand for corrective action by Global Plasma Solutions pursuant to U.C.C. § 2-607(3)(a) concerning breaches of express and implied warranties – and violations of state consumer protection laws, including Delaware's Consumer Fraud Act, Del. Code Ann. Tit. 6 §§ 2511– related to our client, Keith Fishlock, and a class of all similarly situated purchasers (the "Class") of improperly marketed Global Plasma Solutions Products.

    You have participated in the manufacture, marketing, and sale of Global Plasma Solutions products, including the:

    GPS-FC48-AC,
    GPS-FC24-AC,
    GPS-DM48-AC,
    GPS-FC-3-BAS,
    GPS-IMOD,
    GPS-IRIB-18, and
    GPS-IRIB-36 (the "Products").

    This product list is not exhaustive nor exclusive and should be assumed to include any similar products produced, distributed, marketed, or sold by your company within the Class Period.

TEXAS  -  NEW YORK  -  CALIFORNIA
**Principal Office:**
4265 San Felipe, Suite 1000
Houston, Texas  77027
www.reichandbinstock.com

Local:  713-622-7271
Fax:  713-623-8724
Toll Free:  1-800-622-7271

Through a widespread marketing campaign, you misrepresent the Products as effective at eliminating COVID. However, these representations regarding are false, deceptive, and misleading because the Products are not effective at eliminating COVID.

Mr. Fishlock purchased the GPS FC24-AC, in reliance on the misrepresentations that your Products are effective at eliminating COVID. You expressly warranted that this product eliminates COVID. However, this product, like all of your Products, is not effective at eliminating COVID. By misrepresenting that your Products eliminate COVID, when, in fact, they do not, you have violated and continue to violate provisions of Delaware law, including the Delaware Consumer Fraud Act. Additionally, by these same acts, your company breached both express and implied warranties. *See* U.C.C. § 2-313, § 2-314, § 2-607.

Mr. Fishlock, a citizen of Delaware, purchased the GPS product on December 18, 2020 and installed it in his home in Middletown, DE based on GPS' widespread marketing campaign that the Products were effective at eliminating COVID. He would not have purchased or would have paid significantly less for the Products if it had not been represented as effective at eliminating COVID. Our client is acting on behalf of a class defined as all persons nationwide who purchased the Products. Additionally, Mr. Fishlock is acting on behalf of a subclass of all persons in Delaware who purchased the Products.

To cure these defects, on behalf of our client and the Class, we hereby demand that you (1) cease and desist from continuing to misrepresent the Products; (2) issue an immediate recall on all the misrepresented Products; and (3) make full restitution to all purchasers of the Products of all purchase money obtained from sales thereof.

We are willing to negotiate to attempt to resolve the demands asserted in this letter. If you wish to enter into such discussions, please contact me immediately. If you contend that any statement in this letter is inaccurate in any respect, please provide us with your contentions and supporting documents promptly.

Very truly yours,

Dennis C Reich
Reich and Binstock, LLP
4265 San Felipe Ste 1000
Houston, TX 77027
dreich@reichandbinstock.com
T 713-622-7271
F 713-623-8724

Local: 713-622-7271
Fax: 713-623-8724
Toll Free: 1-800-622-7271

TEXAS  -  NEW YORK  -  CALIFORNIA
Principal Office:
4265 San Felipe, Suite 1000
Houston, Texas  77027
www.reichandbinstock.com